**Order entered April 10, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-19-01329-CV

### ZIA UL-HAQ SHEIKH, Appellant

### V.

### JANE DOE, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08987**

### ORDER

Before the Court are appellant's April 6, 2020 motion to seal portions of appellant's opening brief, appellee's April 7, 2020 response, and appellant's April 8, 2020 reply letter.

We note the clerk's record, due to be filed March 12, 2020, has not yet been filed, and appellant's opening brief, filed April 1, 2020, has been deemed deficient. Accordingly, because appellant's brief has been deemed deficient, we **DENY** as

premature appellant's motion. To avoid confusion with any corrected brief appellant may file, we **STRIKE** the April 1st brief.

Because the appeal cannot proceed without the clerk's record, we **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record no later than April 20, 2020. The clerk's record shall be filed in accordance with our order of March 2, 2020.

Appellant's corrected brief shall be filed within thirty days of the filing of the clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/ KEN MOLBERG
JUSTICE